## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DESIREE SMITH,**

                  **Plaintiff,**

   vs.                                                         3:22-CV-0985
                                                                    (MAD/DEP)

**COMMISSIONER OF SOCIAL SECURITY,**

                  **Defendant.**

---

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED ORDERS** that Magistrate Judge Peeble's September 8, 2023 Report-Recommendation (Dkt. No. 16) is **ADOPTED** in its entirety for the reasons stated herein; and the Court further **ORDERS** that the Plaintiff's motion for judgment on the pleadings is **GRANTED**; and the Court further **ORDERS** that Defendant's motion for judgment on the pleadings is **DENIED**; and the Court further **ORDERS** that the Commissioner's decision denying disability benefits is **REVERSED** and this matter is **REMANDED,** pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with this Order and Magistrate Judge Peeble's Report-Recommendation; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Plaintiff's favor and close this case all of the above pursuant to the Order of the Honorable Judge Mae A. D'Agostino, dated the 10th day of October, 2023.

DATED: October 10, 2023

                                                        *[signature]*
                                                        Clerk of Court

                                                        s/Britney Norton
                                                       Britney Norton
                                                       Deputy Clerk